JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| ANGELICA MICHEL<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., DOES 1 To 20<br><br>　　　　　Defendants. | Case No.: 5:22-cv-00647 JGB (SPx)<br>[*San Bernardino County Superior Court Case No.: CIVSB2123414*]<br><br>[Assigned to Hon. Jesus G. Bernal, District Judge; Sheri Pym, Magistrate Judge]<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO REMAND**<br><br>Complaint Filed: August 10, 2021 |

The Court, having read and considered the Parties' Stipulation to Remand, hereby ORDERS as follows:

### I. BACKGROUND

On or about August 10, 2021, Plaintiff ANGELICA MICHEL (hereinafter "Plaintiff") commenced the above-entitled civil action in the Superior Court for the County of San Bernardino by filing a Complaint therein entitled *Angelica Michel v. Dollar Tree Stores, Inc. and DOES 1 to 20, inclusive,* Case No. CIVSB2123414. Plaintiff's Complaint for personal injury arises from an alleged incident on August 23, 2020, at defendant Dollar Tree Stores, Inc.'s ("Dollar Tree") store in Bloomington, California. Dollar Tree removed the matter to federal court pursuant to 28 U.S.C. §§1332, 1441, and 1367, on April 14, 2022.

On May 4, 2022, Plaintiff, by and through her counsel of record filed a First

Amended Complaint, naming an individual known as "America" as Defendant Doe 1 in this matter. Plaintiff and Defendant America (Doe 1) are both citizens of California.

The parties have now agreed and stipulated that complete diversity no longer exists. Accordingly, the parties request an order from this Court remanding the case to the San Bernardino County Superior Court, Case No. CIVSB2123414.

## II. ANALYSIS

United States Code, Title 28, Section 1447(c), provides that "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case *shall be remanded*." (Emphasis added). Because complete diversity no longer exists, this Court lacks subject matter jurisdiction and must, therefore, remand the case to state court pursuant to 28 U.S.C. § 1447(c). *See Bruns v. NCUA* 122 F.3d 1251, 1257 (9th Cir. 1997) ("Section 1447(c) is mandatory, not discretionary.")

## III. ORDER OF THE COURT

1.  Pursuant to the parties' Stipulation, because complete diversity no longer exists, this Court no longer has subject matter jurisdiction and the matter is hereby REMANDED to the Superior Court for the State of California, County of San Bernardino, Case No.: CIVSB2123414. This Order shall be accorded full force and effect in the Superior Court of the State of California, County of San Bernardino, Case No.: CIVSB2123414.

2.  All pending dates in the Federal action are hereby vacated.

**IT IS SO STIPULATED.**

Dated: May 12, 2022

_____
Hon. Jesus G. Bernal
United States District Court Judge

**ORDER GRANTING STIPULATION TO REMAND**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**[PROPOSED] ORDER GRANTING STIPULATION TO REMAND**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Jonathan M. Pennell, Esq.<br>PENNELL LAW, APC<br>11111 Santa Monica Blvd., Suite 100<br>Los Angeles, CA 90025<br>Tel: 310-933-5370<br>Fax: 310-975-1294<br>Email: jon@pennelllaw.com | Attorneys for Plaintiff, ANGELICA MICHEL |

5. a. __X__ **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 5/12/2022 | Amy Eivazian | /s/Amy Eivazian |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\32000-000\32338\Pleadings\FEDERAL\Proposed Order on Stip to Remand.docx

**ORDER GRANTING STIPULATION TO REMAND**